IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV29

BETTY G. BROWN, Individually and as )
Executrix of the Estate of Everette C. )
Brown, Deceased, *et al.*, )
                          )
             Plaintiffs, )
                          )
           Vs. )            **O R D E R**
                          )
ACandS, INC., *et al.*, )
                          )
           Defendants. )
_____ )

       **THIS MATTER** is before the Court upon the Plaintiffs' motion for admission *pro hac vice* of John Herrick, to appear as counsel in this matter, filed June 1, 2005.

       Upon careful review and consideration,

       **IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and John Herrick is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**Signed: June 3, 2005**

Lacy H. Thornburg
United States District Judge