IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV29

BETTY G. BROWN, Individually and            )
as Executrix of the Estate of               )
Everette C. Brown, Deceased;                )
CAROL JEAN BYNUM, Individually              )
and as Representative of the                )
Estate of Steve W. Bynum, Deceased;         )
MAVIS R. MULLIS, Individually and           )
as Executrix of the Estate of               )
James Parks Mullis, Deceased;               )
DAVID E. STEELE, Executor of the            )
Estate of Erbie L. Steele, and wife         )
MARIE K. STEELE; JUNE WALSER,               )
Individually and as Executrix of the        )
Estate of Wilford D. Walser;                )
REGINALD B. BALLARD, and wife               )
NANCY C. BALLARD; EUGENE                    )
BEAVER, and wife NITA S. BEAVER;            )
MICHAEL E. BILYEU, and wife                 )
JOEANN G. BILYEU; BRIAN D. BOST;            )
EUGENE H. BROOKS, and wife                  )
JACQUELINE B. BROOKS;                       )
ERNEST B. BURTON, and wife                  )
E. INEZ BURTON; JAMES D. COMER,             )
and wife JANE B. COMER;                     )
CHARLES L. CRISP, and wife                  )
LINDA S. CRISP; HAROLD D.                   )
DALTON, SR.; DAVID L. EARLS, and            )
wife DEBORAH P. EARLS; OLLEN J.             )
FARRIS, and wife LINDA JOYCE                )
FARRIS; ARNOLD R. FLOYD, and                )
wife RUBY T. FLOYD; JAMES D.                )
GILLESPIE, and wife WILLA W.                )

GILLESPIE; MADGE L. HENSLEY, )
and husband CHARLES T. HENSLEY; )
STEVEN F. HOLLARS, Executor of )
the Estate Jack F. Hollars, Deceased; )
ARTHURENE S. HOLLARS; DONALD )
C. HOLLIS; CHARLIE R. HORD, and )
wife BEVERLY P. HORD; JACK B. )
HUGHES, and wife SARAH ESTHER )
HUGHES; ARCHIE HUMPHRIES, JR., )
and wife MARGARET M. HUMPHRIES;)
BARBARA R. HUMPHRIES, Executrix )
of the Estate of Buddy R. Humphries, )
Deceased; LARRY K. HUMPHRIES, )
and wife THERESA N. HUMPHRIES; )
WILLIAM E. JACOBS, and wife )
EDITH H. JACOBS; BILLY BROWN )
JARRETT, and wife EVA MAE )
JARRETT; JAMES A. KISNER, and )
wife BRENDA G. KISNER; ZENO B. )
LANCASTER, and wife KATHERINE )
B. LANCASTER; SAM L. LYNN; )
CLYDE R. McKNIGHT, and wife )
MADELYN G. McKNIGHT; WALTER )
H. MABE, JR., and wife KATHY L. )
MABE; LEON B. MAUNEY, and wife )
EUNICE W. MAUNEY; KENNETH H. )
MOREE, and wife LYNN D. MOREE; )
MARY ALRIDGE SCRUGGS, )
Individually and as Executrix of the )
Estate of Joe Scruggs, Deceased; )
CORRINE F. SMITH, and husband )
JERRY L. SMITH; JACKSON J. )
SMITH, and wife CAROLYN S. SMITH;)
LLOYD L. SUTTON, and wife )
MARGARET H. SUTTON; WILLIAM C. )
THOMAS; CECIL B. THOMPSON, and )
wife MARGIE B. THOMPSON; )

| | |
|---|---|
| WALTER D. THOMPSON; CAROLYN I. WAGNER, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased; and SARAH B. WALTERS, Individually and as Executrix of the Estate of James B. Walters, Deceased, <br><br> Plaintiffs, <br><br> Vs. <br><br> AMCHEM PRODUCTS, INC.; CERTAINTEED CORPORATION; THE FLINTKOTE COMPANY; GARLOCK, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GRANT WILSON, INC.; ASBESTOS CLAIMS MANAGEMENT, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; OWENS-ILLINOIS, INC., and WESTINGHOUSE ELECTRIC CORPORATION, <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the joint motion of Plaintiffs and Defendant Foster Wheeler Corporation to dismiss.

For the reasons stated therein and for cause shown,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss Plaintiffs' claims filed by the Defendant Foster Wheeler Corporation is **ALLOWED**, and all claims of the Plaintiffs herein as to Defendant Foster Wheeler Corporation are hereby **DISMISSED WITH PREJUDICE**. The case caption is hereby amended on this Order to reflect the disposal of these claims.

Signed: January 12, 2007

Lacy H. Thornburg
United States District Judge