IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased, *et al*., | ) ) ) ) |
| This document pertains to: | ) ) |
| CAROL JEAN BYNUM, Individually and as Representative of the Estate of Steve W. Bynum, Deceased; JANE WALSER, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased; EUGENE H. BROOKS, and wife JACQUELINE B. BROOKS; ERNEST B. BURTON, and wife E. INEZ BURTON; CHARLES L. CRISP, and wife LINDA S. CRISP; ARCHIE HUMPHRIES, JR., and wife MARGARET M. HUMPHRIES; BARBARA R. HUMPHRIES, Executrix of the Estate of Buddy R. Humphries, Deceased; JACKSON J. SMITH, and wife CAROLYN S. SMITH; CAROLYN I. WAGNER, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased; SARAH B. WALTERS, Individually and as Representative of the Estate of James B. Walters, Deceased; and STEVEN F. HOLLARS, Executor of the Estate of Jack F. Hollars, Deceased, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| **Plaintiffs,** ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| **AMCHEM PRODUCTS, INC.;** ) | |
| **CERTAIN-TEED CORPORATION;** ) | |
| **THE FLINTKOTE COMPANY;** ) | |
| **FOSTER WHEELER CORPORATION;** ) | |
| **GARLOCK, INC.; GENERAL** ) | |
| **ELECTRIC COMPANY;** ) | |
| **GEORGIA-PACIFIC CORPORATION;** ) | |
| **GRANT WILSON, INCORPORATED;** ) | |
| **ASBESTOS CLAIMS MANAGEMENT,** ) | |
| **INC.; OWENS-ILLINOIS, INC.;** ) | |
| **3M COMPANY; and WESTINGHOUSE** ) | |
| **ELECTRIC CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, to dismiss with prejudice all claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Carol Jean Bynum, Individually and as Representative of the Estate of Steve W. Bynum, Deceased; Jane Walser, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased;

Eugene H. Brooks, and wife Jacqueline B. Brooks; Ernest B. Burton, and wife E. Inez Burton; Charles L. Crisp, and wife Linda S. Crisp; Archie Humphries, Jr., and wife Margaret M. Humphries; Barbara R. Humphries, Executrix of the Estate of Buddy R. Humphries, Deceaed; Jackson J. Smith, and wife Carolyn S. Smith; Carolyn I. Wagner, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased; Sarah B. Walters, Individually and as Representative of the Estate of James B. Walters, Deceased; and Steven F. Hollars, Executor of the Estate of Jack F. Hollars, Deceased, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: January 17, 2007

Lacy H. Thornburg
United States District Judge