IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased; CAROL JEAN BYNUM, Individually and as Representative of the Estate of Steve W. Bynum, Deceased; MAVIS R. MULLIS, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; DAVID E. STEELE, Executor of the Estate of Erbie L. Steele, and wife MARIE K. STEELE; JANE WALSER, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased; REGINALD B. BALLARD, and wife NANCY C. BALLARD; EUGENE BEAVER, and wife NITA S. BEAVER; MICHAEL E. BILYEU, and wife JOEANN G. BILYEU; BRIAN D. BOST; EUGENE H. BROOKS, and wife JACQUELINE B. BROOKS; ERNEST B. BURTON, and wife E. INEZ BURTON; JAMES D. COMER, and wife JANE B. COMER; CHARLES L. CRISP, and wife LINDA S. CRISP; HAROLD D. DALTON, SR.; DAVID L. EARLS, and wife DEBORAH P. EARLS; OLLEN J. FARRIS, and wife LINDA JOYCE FARRIS; ARNOLD R. FLOYD, and wife RUBY T. FLOYD; JAMES D. GILLESPIE, and wife WILLA W. GILLESPIE; MADGE L. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| HENSLEY, and husband CHARLES T. HENSLEY; DONALD C. HOLLIS; CHARLIE R. HORD, and wife BEVERLY P. HORD; JACK B. HUGHES, and wife SARAH ESTHER HUGHES; ARCHIE HUMPHRIES, JR., and wife MARGARET M. HUMPHRIES; BARBARA R. HUMPHRIES, Executrix of the Estate of Buddy R. Humphries, Deceased; LARRY K. HUMPHRIES, and wife THERESA N. HUMPHRIES; WILLLIAM E. JACOBS, and wife EDITH H. JACOBS; BILLY BROWN JARRETT, and wife EVA MAE JARRETT; JAMES A. KISNER, and wife BRENDA G. KISNER; ZENO B. LANCASTER, and wife KATHERINE B. LANCASTER; SAM L. LYNN; CLYDE R. McKNIGHT, and wife MADELYN G. McKNIGHT; WALTER H. MABE, JR., and wife KATHY L. MABE; LEON B. MAUNEY, and wife EUNICE W. MAUNEY; KENNETH H. MOREE, and wife LYNN D. MOREE; MARY ALRIDGE SCRUGGS, Individually and as Executrix of the Estate of Joe Scruggs, Deceased; CORRINE F. SMITH, and husband JERRY L. SMITH; JACKSON J. SMITH, and wife CAROLYN S. SMITH; LLOYD L. SUTTON, and wife MARGARET H. SUTTON; WILLIAM C. THOMAS; CECIL B. THOMPSON, and wife MARGIE B. THOMPSON; WALTER D. THOMPSON; CAROLYN I. WAGNER, Individually | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| and as Executrix of the Estate of Kenneth L. Wagner, Deceased; SARAH B. WALTERS, Individually and as Representative of the Estate of James B. Walters, Deceased; and STEVEN F. HOLLARS, Executor of the Estate of Jack F. Hollars, Deceased,<br><br>                       **Plaintiffs,**<br><br>             Vs.<br><br>**AMCHEM PRODUCTS, INC.;**<br>**CERTAIN-TEED CORPORATION;**<br>**GARLOCK, INC.; GENERAL**<br>**ELECTRIC COMPANY;**<br>**GEORGIA-PACIFIC CORPORATION;**<br>**GRANT WILSON, INCORPORATED;**<br>**OWENS-ILLINOIS, INC.; and**<br>**3M COMPANY,**<br><br>                       **Defendants.** | <br><br><br><br><br><br><br><br><br><br><br><br>**O R D E R** |

**THIS MATTER** is before the Court *sua sponte* for an order staying these proceedings due to the pending bankruptcy of the Defendants The Flintkote Company and Asbestos Claims Management, Inc.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** as to the Defendants The Flintkote Company and Asbestos Claims Management, Inc., <u>only</u> pending completion of bankruptcy proceedings,

and the Clerk is directed to close this case as to those Defendants as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.*

Signed: January 19, 2007

Lacy H. Thornburg
United States District Judge