IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98-CV-29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased, *et al.*,<br><br>This document pertains to:<br><br>BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased; MAVIS R. MULLIS, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; JUNE WALSER, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased; JAMES D. GILLESPIE, and wife WILLA W. GILLESPIE; ARCHIE HUMPHRIES, JR., and wife MARGARET M. HUMPHRIES; CECIL B. THOMPSON, and wife MARGIE B. THOMPSON; and CAROLYN I. WAGNER, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased,<br><br>     Plaintiffs,<br><br>Vs.<br><br>AMCHEM PRODUCTS, INC.; CERTAINTEED CORPORATION; GARLOCK, INC.; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GRANT WILSON, INC.; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; and OWENS-ILLINOIS, INC.,<br><br>     Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

  **THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant General Electric Company to dismiss all claims against said Defendant.

Plaintiffs, Betty G. Brown, Individually and as Executrix of the Estate of Everette C. Brown, Deceased; Mavis R. Mullis, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; June Walser, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased; James D. Gillespie, and wife Willa W. Gillespie; Archie Humphries, Jr., and wife Margaret M. Humphries; and Carolyn I. Wagner, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased, move the Court for an Order dismissing, without prejudice, all claims against Defendant GENERAL ELECTRIC COMPANY.

Plaintiffs Cecil B. Thompson, and wife Margie B. Thompson, move the Court for an Order dismissing, with prejudice, all claims against Defendant GENERAL ELECTRIC COMPANY.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Betty G. Brown, Individually and as Executrix of the Estate of Everette C. Brown, Deceased; Mavis R. Mullis, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; June Walser, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased; James D. Gillespie, and wife Willa W. Gillespie; Archie Humphries, Jr., and wife Margaret M. Humphries; and Carolyn I. Wagner, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased, against the Defendant General Electric Company are hereby **DISMISSED WITHOUT PREJUDICE**, and the claims of Cecil B. Thompson, and wife Margie B. Thompson, against the Defendant General Electric Company are hereby **DISMISSED WITH PREJUDICE.**

Signed: February 5, 2007

Lacy H. Thornburg
United States District Judge