# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

### CIVIL NO. 5:98CV29

BETTY G. BROWN, Individually and )
as Executrix of the Estate of )
Everette C. Brown, Deceased, *et al.,* )
)
This document pertains to: )
BETTY G. BROWN, Individually and )
as Executrix of the Estate of )
Everette C. Brown, Deceased; )
MAVIS R. MULLIS, Individually and )
as Executrix of the Estate of James )
Parks Mullis, Deceased; DAVID E. )
STEELE, Executor of the Estate of )
Erbie L. Steele, and wife MARIE K. )
STEELE; JANE WALSER, )
Individually and as Executrix of the )
Estate of Wilford D. Walser, )
Deceased; REGINALD B. BALLARD, )
and wife NANCY C. BALLARD; )
EUGENE BEAVER, and wife NITA S. )
BEAVER; MICHAEL E. BILYEU, and )
wife JOEANN G. BILYEU; BRIAN D. )
BOST; ERNEST B. BURTON, and wife)
E. INEZ BURTON; JAMES D. COMER, )
and wife JANE B. COMER; )
CHARLES L. CRISP, and wife LINDA )
S. CRISP; HAROLD D. DALTON, SR.; )
DAVID L. EARLS, and wife DEBORAH )
P. EARLS; OLLEN J. FARRIS, and )
wife LINDA JOYCE FARRIS; ARNOLD )
R. FLOYD, and wife RUBY T. FLOYD; )
JAMES D. GILLESPIE, and wife )
WILLA W. GILLESPIE; DONALD C. )

HOLLIS; CHARLIE R. HORD, and )
wife BEVERLY P. HORD; JACK B. )
HUGHES, and wife SARAH ESTHER )
HUGHES; ARCHIE HUMPHRIES, JR., )
and wife MARGARET M. )
HUMPHRIES; BARBARA R. )
HUMPHRIES, Executrix of the Estate )
of Buddy R. Humphries, Deceased; )
LARRY K. HUMPHRIES, and wife )
THERESA N. HUMPHRIES; )
WILLIAM E. JACOBS, and wife )
EDITH H. JACOBS; JAMES A. )
KISNER, and wife BRENDA G. )
KISNER; CLYDE R. McKNIGHT, and )
wife MADELYN G. McKNIGHT; )
KENNETH H. MOREE, and wife )
LYNN D. MOREE; JACKSON J. )
SMITH, and wife CAROLYN S. )
SMITH; LLOYD L. SUTTON, and wife )
MARGARET H. SUTTON; CECIL B. )
THOMPSON, and wife MARGIE B. )
THOMPSON; and CAROLYN I. )
WAGNER, Individually and as )
Executrix of the Estate of Kenneth L. )
Wagner, Deceased, )
)
Plaintiffs, )
)
Vs. )          **O R D E R**
)
AMCHEM PRODUCTS, INC.; )
CERTAIN-TEED CORPORATION; )
GARLOCK, INC.; GENERAL )
ELECTRIC COMPANY; )
GRANT WILSON, INCORPORATED; )
OWENS-ILLINOIS, INC.; and 3M )
COMPANY, )

)
**Defendants.** )
)

THIS MATTER is before the Court on the joint motion of the specific
Plaintiffs captioned above and the Defendant Owens-Illinois, Inc., to
dismiss all claims against said Defendant.

For the reasons stated in the motion,

IT IS, THEREFORE, ORDERED that the joint motion to dismiss is
ALLOWED, and the claims of Betty G. Brown, Individually and as Executrix
of the Estate of Everette C. Brown, Deceased; James D. Comer, and wife
Jane B. Comer; James D. Gillespie, and wife Willa W. Gillespie; Jackson J.
Smith, and wife Carolyn S. Smith; Lloyd L. Sutton, and wife Margaret H.
Sutton; William E. Jacobs, and wife Edith H. Jacobs; and Clyde R.
McKnight, and wife Madelyn G. McKnight, against the Defendant Owens-
Illinois, Inc., are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the claims of Reginald B. Ballard,
and wife Nancy C. Ballard; Eugene Beaver, and wife Nita S. Beaver; Brian
D. Bost; Ernest B. Burton, and wife E. Inez Burton; Charles L. Crisp, and
wife Linda S. Crisp; Harold D. Dalton, Sr.; David L. Earls, and wife Deborah

P. Earls; Arnold R. Floyd, and wife Ruby T. Floyd; Charlie R. Hord, and

wife Beverly P. Hord; Jack B. Hughes, and wife Sarah Esther Hughes;

Archie Humphries, Jr., and wife Margaret M. Humphries; Larry K.

Humphries, and wife Theresa N. Humphries; James A. Kisner, and wife

Brenda G. Kisner; Kenneth H. Moree, and wife Lynn D. Moree; Mavis R.

Mullis, Individually and as Executrix of the Estate of James Parks Mullis,

Deceased; Corrine F. Smith, and husband Jerry L. Smith; David E. Steele,

Executor of the Estate of Erbie L. Steele, Deceased, and Marie K. Steele;

James Walser, Individually and as Executrix of the Estate of Wilford D.

Walser, Deceased; Ollen J. Farris, and wife Linda Joyce Farris; Donald C.

Hollis; Michael E. Bilyeu, and wife Joeann G. Bilyeu; Barbara R.

Humphries, Executrix of the Estate of Buddy R. Humphries, Deceased;

Cecil B. Thompson, and wife Margie B. Thompson; and Carolyn I. Wagner,

Individually and as Executrix of the Estate of Kenneth L. Wagner,

Deceased, against the Defendant Owens-Illinois, Inc., are hereby

**DISMISSED WITHOUT PREJUDICE.**

5

Signed: February 21, 2007

Lacy H. Thornburg
United States District Judge