IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| CHARLES A. SUDDRETH and wife, LUCILLE G. SUDDRETH; BETTY G. BROWN, Individually and as Executrix of the Estate of Everett C. Brown, Deceased; CAROL JEAN BYNUM, Individually and as Representative of the Estate of Steve W. Bynum, Deceased,; MAVIS R. MULLIS, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; DAVID E. STEELE, Executor of the Estate of Erbie L. Steele, and wife, MARIE K. STEELE; JANE WALSER, Individually and as Personal Representative of the Estate of Wilford D. Walser; REGINALD B. BALLARD and wife, NANCY C. BALLARD; EUGENE BEAVER and wife, NITA S. BEAVER; MICHAEL E. BILYEU and wife, JOEANN G. BILYEU; BRIAN D. BOST; EUGENE H. BROOKS and wife, JACQUALINE B. BROOKS, ERNEST B. BURTON and wife, E. INEZ BURTON; JAMES D. COMER and wife, JANE B. COMER; CHARLES L. CRISP and wife, LINDA S. CRISP; HAROLD D. DALTON, SR.; DAVID L. EARLS and wife, DEBORAH P. EARLS, OLLEN J. FARRIS and wife, LINDA JOYCE FARRIS; ARNOLD R. FLOYD and wife, RUBY T. FLOYD; JAMES D. GILLESPIE and wife, WILLA W. GILLESPIE; MADGE L. HENSLEY and husband, CHARLES T. HENSLEY; STEVEN F. HOLLARS, Executrix of the Estate of Jack F. Hollars, Deceased, and ARTHURENE S. HOLLARS; DONALD C. HOLLIS; CHARLIES R. HORD and wife, BEVERLY P. HORD; JACK B. HUGHES and wife, SARAH ESTHER HUGHES; ARCHIE HUMPHRIES, JR. and wife, MARGARET M. HUMPHRIES, BARBARA R. HUMPHRIES, Executrix of | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 5:98CV29<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CERTAINTEED CORPORATION |

| | |
|---|---|
| the Estate of Buddy R. Humphries, Deceased; LARRY K. HUMPHRIES and wife, THERESA N. HUMPHRIES; WILLIAM E. JACOBS and wife, EDITH H. JACOBS; BILLY BROWN JARRETT, and wife, EVA MAE JARRETT; JAMES A. KISNER and wife, BRENDA G. KISNER; ZENO B. LANCASTER and wife, KATHERINE B. LANCASTER; SAM L. LYNN; CLYDE R. McKNIGHT and wife, MADELYN G. McKNIGHT; WALTER H. MABE, JR. and wife, KATHY L. MABE; LEON B. MAUNEY and wife, EUNICE W. MAUNEY; KENNETH H. MOREE and wife, LYNN D. MOREE; MARY ALRIDGE SCRUGGS, Individually and as Executrix of the Estate of Joe Scruggs, Deceased; CORRINE F. SMITH and husband, JERRY L. SMITH; JACKSON J. SMITH and wife, CAROLYN S. SMITH; LOYD L. SUTTON and wife, MARGARET H. SUTTON; WILLIAM C. THOMAS; CECIL B. THOMPSON and wife, MARGIE B. THOMPSON; WALTER D. THOMPSON, CAROLYN I. WAGNER, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased; SARAH B. WALTERS, Individually and as Representative of the Estate of James B. Walters, Deceased,<br><br>                 **Plaintiffs,**<br><br>        vs.<br><br>ACandS, INC., et al.,<br><br>                 **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the motion of all the Plaintiffs herein and Defendant CertainTeed Corporation, to dismiss this action with prejudice as to that Defendant.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of each of the Plaintiffs herein against the Defendant CertainTeed Corporation, are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge