# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased, *et al.*, </br></br>This document pertains to: </br></br>WILLIAM C. THOMAS; CECIL B. THOMPSON, and wife MARGIE B. THOMPSON; and MARY ALRIDGE SCRUGGS, Individually and as Executrix of the Estate of Joe Scruggs, Deceased, </br></br>              Plaintiffs, </br></br>Vs. </br></br>GARLOCK, INC.; GRANT WILSON, INCORPORATED; OWENS-ILLINOIS, INC.; and 3M COMPANY, </br></br>              Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motions of the specific Plaintiffs captioned above and the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, to dismiss their claims against said Defendant.

For the reasons stated in the motions,

**IT IS, THEREFORE, ORDERED** that the joint motions to dismiss are **ALLOWED**, and the claims of William C. Thomas, and Cecil B. Thompson, and wife Margie B. Thompson, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims of Mary Alridge Scruggs, Individually and as Executrix of the Estate of Joe Scruggs, Deceased, against the Defendant Minnesota Mining & Manufacturing Company, a/k/a 3M Company, are hereby **DISMISSED WITH PREJUDICE.**

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge