IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased; CAROL JEAN BYNUM, Individually and as Representative of the Estate of Steve W. Bynum, Deceased; MAVIS R. MULLIS, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; DAVID E. STEELE, Executor of the Estate of Erbie L. Steele, and wife MARIE K. STEELE; JANE WALSER, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased; REGINALD B. BALLARD, and wife NANCY C. BALLARD; EUGENE BEAVER, and wife NITA S. BEAVER; MICHAEL E. BILYEU, and wife JOEANN G. BILYEU; BRIAN D. BOST; EUGENE H. BROOKS, and wife JACQUELINE B. BROOKS; ERNEST B. BURTON, and wife E. INEZ BURTON; JAMES D. COMER, and wife JANE B. COMER; CHARLES L. CRISP, and wife LINDA S. CRISP; HAROLD D. DALTON, SR.; DAVID L. EARLS, and wife DEBORAH P. EARLS; OLLEN J. FARRIS, and wife LINDA JOYCE FARRIS; ARNOLD R. FLOYD, and wife RUBY T. FLOYD; JAMES D. GILLESPIE, and wife WILLA W. GILLESPIE; MADGE L. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| HENSLEY, and husband CHARLES | ) |
| T. HENSLEY; DONALD C. HOLLIS; | ) |
| CHARLIE R. HORD, and wife | ) |
| BEVERLY P. HORD; JACK B. | ) |
| HUGHES, and wife SARAH ESTHER | ) |
| HUGHES; ARCHIE HUMPHRIES, JR., | ) |
| and wife MARGARET M. | ) |
| HUMPHRIES; BARBARA R. | ) |
| HUMPHRIES, Executrix of the Estate | ) |
| of Buddy R. Humphries, Deceased; | ) |
| LARRY K. HUMPHRIES, and wife | ) |
| THERESA N. HUMPHRIES; | ) |
| WILLLIAM E. JACOBS, and wife | ) |
| EDITH H. JACOBS; BILLY BROWN | ) |
| JARRETT, and wife EVA MAE | ) |
| JARRETT; JAMES A. KISNER, and | ) |
| wife BRENDA G. KISNER; ZENO B. | ) |
| LANCASTER, and wife KATHERINE | ) |
| B. LANCASTER; SAM L. LYNN; | ) |
| CLYDE R. McKNIGHT, and wife | ) |
| MADELYN G. McKNIGHT; WALTER | ) |
| H. MABE, JR., and wife KATHY L. | ) |
| MABE; LEON B. MAUNEY, and wife | ) |
| EUNICE W. MAUNEY; KENNETH H. | ) |
| MOREE, and wife LYNN D. MOREE; | ) |
| MARY ALRIDGE SCRUGGS, | ) |
| Individually and as Executrix of the | ) |
| Estate of Joe Scruggs, Deceased; | ) |
| CORRINE F. SMITH, and husband | ) |
| JERRY L. SMITH; JACKSON J. | ) |
| SMITH, and wife CAROLYN S. | ) |
| SMITH; LLOYD L. SUTTON, and wife | ) |
| MARGARET H. SUTTON; WILLIAM C. | ) |
| THOMAS; CECIL B. THOMPSON, | ) |
| and wife MARGIE B. THOMPSON; | ) |
| WALTER D. THOMPSON; | ) |
| CAROLYN I. WAGNER, Individually | ) |

| | |
|---|---|
| and as Executrix of the Estate of Kenneth L. Wagner, Deceased; SARAH B. WALTERS, Individually and as Representative of the Estate of James B. Walters, Deceased; and STEVEN F. HOLLARS, Executor of the Estate of Jack F. Hollars, Deceased, <br><br>        Plaintiffs, <br><br>        Vs. <br><br>GARLOCK, INC.; GRANT WILSON, INCORPORATED; OWENS-ILLINOIS, INC.; and 3M COMPANY, <br><br>        Defendants. | **O R D E R** |

**THIS MATTER** is before the Court pursuant to the parties' notification that all claims in controversy between the Plaintiff and the remaining Defendants have been settled.

**IT IS, THEREFORE, ORDERED** that the parties submit stipulations of dismissal, consent judgments, joint motions to dismiss, or other settlement documents closing this case on or before 30 days from entry of this Order.

**IT IS FURTHER ORDERED** that sanctions will be imposed on any party failing to abide by this deadline absent a showing of good cause therefor.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge