# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased, *et al.*, <br><br>This document pertains to: <br>CAROL JEAN BYNUM, Individually and as Representative of the Estate of Steve W. Bynum, Deceased; SAM L. LYNN; LEON B. MAUNEY, and wife EUNICE W. MAUNEY; and STEVEN F. HOLLARS, Executor of the Estate of Jack F. Hollars, and ARTHURENE S. HOLLARS, <br><br>        Plaintiffs, <br><br>Vs. <br><br>GARLOCK, INC.; GRANT WILSON, INCORPORATED; OWENS-ILLINOIS, INC.; and 3M COMPANY, <br><br>        Defendants. | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above[1] and the Defendant Owens-Illinois, Inc., to dismiss their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Sam L. Lynn, and Leon M. Mauney, and wife Eunice W. Mauney, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Carol Jean Bynum, Individually and as Representative of the Estate of Steve W. Bynum, Deceased, and Steven F. Hollars, Executor of the Estate of Jack F. Hollars, Deceased, and Arthurene S. Hollars, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

---

[1] Plaintiff William C. Thomas was also included in this motion to dismiss; however, his claims as to this Defendant were dismissed with prejudice by Order filed June 30, 2003.

3

Signed: April 4, 2007

Lacy H. Thornburg
United States District Judge