IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. = 5:98-CV-29-T

BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, deceased, *et al.*,

This document pertains to:
OLLEN J. FARRIS, and wife LINDA JOYCE FARRIS; CHARLIE R. HORD, and wife BEVERLY P. HORD; and WALTER D. THOMPSON,

                          Plaintiffs,

v.

A.W. CHESTERTON, et. al. (including 3M),

                          Defendants.

**ORDER TO DISMISS DEFENDANT 3M COMPANY, a/k/a MINNESOTA MINING & MANUFACTURING COMPANY**

**THIS MATTER** is before the Court upon motion by the captioned Plaintiffs and Defendant, 3M Company a/k/a Minnesota Mining & Manufacturing Co, to dismiss without prejudice, all claims against said Defendant.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Ollen J. Farris, and wife Linda Joyce Farris; Charlie R. Hord, and wife Beverly P. Hord; and Walter D. Thompson, against Defendant 3M Company a/k/a Minnesota Mining & Manufacturing Co., are hereby **DISMISSED WITHOUT PREJUDICE**.

                          Signed: May 1, 2007

                          Lacy H. Thornburg
                          United States District Judge