# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased, *et al.*, )<br><br>This document pertains to:<br>ARCHIE HUMPHRIES, JR., and wife MARGARET M. HUMPHRIES,<br><br>Plaintiffs,<br><br>Vs.<br><br>GARLOCK, INC.; GRANT WILSON, INCORPORATED; and OWENS-ILLINOIS, INC.,<br><br>Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the joint motion of the specific Plaintiffs captioned above and the Defendant Garlock Sealing Technologies, LLC, to dismiss their claims against said Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Archie Humphries, Jr., and wife Margaret M.

Humphries, against the Defendant Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: May 1, 2007

Lacy H. Thornburg
United States District Judge