IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased; CAROL JEAN BYNUM, Individually and as Representative of the Estate of Steve W. Bynum, Deceased; MAVIS R. MULLIS, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; DAVID E. STEELE, Executor of the Estate of Erbie L. Steele, and wife MARIE K. STEELE; JANE WALSER, Individually and as Executrix of the Estate of Wilford D. Walser, Deceased; REGINALD B. BALLARD, and wife NANCY C. BALLARD; EUGENE BEAVER, and wife NITA S. BEAVER; MICHAEL E. BILYEU, and wife JOEANN G. BILYEU; BRIAN D. BOST; EUGENE H. BROOKS, and wife JACQUELINE B. BROOKS; ERNEST B. BURTON, and wife E. INEZ BURTON; JAMES D. COMER, and wife JANE B. COMER; CHARLES L. CRISP, and wife LINDA S. CRISP; HAROLD D. DALTON, SR.; DAVID L. EARLS, and wife DEBORAH P. EARLS; OLLEN J. FARRIS, and wife LINDA JOYCE FARRIS; ARNOLD R. FLOYD, and wife RUBY T. FLOYD; JAMES D. GILLESPIE, and wife WILLA W. GILLESPIE; MADGE L. HENSLEY, and husband CHARLES T. HENSLEY; DONALD C. HOLLIS; CHARLIE R. HORD, and wife BEVERLY P. HORD; JACK B. HUGHES, and wife SARAH ESTHER HUGHES; ARCHIE HUMPHRIES, JR., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| and wife MARGARET M. HUMPHRIES; BARBARA R. HUMPHRIES, Executrix of the Estate of Buddy R. Humphries, Deceased; LARRY K. HUMPHRIES, and wife THERESA N. HUMPHRIES; WILLLIAM E. JACOBS, and wife EDITH H. JACOBS; BILLY BROWN JARRETT, and wife EVA MAE JARRETT; JAMES A. KISNER, and wife BRENDA G. KISNER; ZENO B. LANCASTER, and wife KATHERINE B. LANCASTER; SAM L. LYNN; CLYDE R. McKNIGHT, and wife MADELYN G. McKNIGHT; WALTER H. MABE, JR., and wife KATHY L. MABE; LEON B. MAUNEY, and wife EUNICE W. MAUNEY; KENNETH H. MOREE, and wife LYNN D. MOREE; MARY ALRIDGE SCRUGGS, Individually and as Executrix of the Estate of Joe Scruggs, Deceased; CORRINE F. SMITH, and husband JERRY L. SMITH; JACKSON J. SMITH, and wife CAROLYN S. SMITH; LLOYD L. SUTTON, and wife MARGARET H. SUTTON; WILLIAM C. THOMAS; CECIL B. THOMPSON, and wife MARGIE B. THOMPSON; WALTER D. THOMPSON; CAROLYN I. WAGNER, Individually and as Executrix of the Estate of Kenneth L. Wagner, Deceased; SARAH B. WALTERS, Individually and as Representative of the Estate of James B. Walters, Deceased;    and STEVEN F. HOLLARS, Executor of the Estate of Jack F. Hollars, Deceased, and ARTHURENE S. HOLLARS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|                       Plaintiffs, | )<br>) |

|  |  |
|---|---|
| Vs. | ) |
|  | ) |
| GARLOCK, INC.; GRANT WILSON, INCORPORATED; and OWENS-ILLINOIS, INC., | ) ) ) |
|  | ) |
| Defendants. | ) |
|  | ) |

### ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the captioned Plaintiffs' stipulation of dismissal as to the Defendant Grant Wilson, Incorporated.

Pursuant to the Plaintiffs' stipulation,

**IT IS, THEREFORE, ORDERED** that the claims of the Plaintiffs, and each of them, against Defendant Grant Wilson, Incorporated, are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: May 1, 2007

Lacy H. Thornburg
United States District Judge