IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everett C. Brown, Deceased; CAROL JEAN BYNUM, Individually and as Representative of the Estate of Steve W. Bynum, Deceased,; MAVIS R. MULLIS, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; DAVID E. STEELE, Executor of the Estate of Erbie L. Steele, and wife, MARIE K. STEELE; JANE WALSER, Individually and as Personal Representative of the Estate of Wilford D. Walser; REGINALD B. BALLARD and wife, NANCY C. BALLARD; EUGENE BEAVER and wife, NITA S. BEAVER; MICHAEL E. BILYEU and wife, JOEANN G. BILYEU; BRIAN D. BOST; EUGENE H. BROOKS and wife, JACQUALINE B. BROOKS, ERNEST B. BURTON and wife, E. INEZ BURTON; JAMES D. COMER and wife, JANE B. COMER; CHARLES L. CRISP and wife, LINDA S. CRISP; HAROLD D. DALTON, SR.; DAVID L. EARLS and wife, DEBORAH P. EARLS, OLLEN J. FARRIS and wife, LINDA JOYCE FARRIS; ARNOLD R. FLOYD and wife, RUBY T. FLOYD; JAMES D. GILLESPIE and wife, WILLA W. GILLESPIE; MADGE L. HENSLEY and husband, CHARLES T. HENSLEY; STEVEN F. HOLLARS, Executrix of the Estate of Jack F. Hollars, Deceased, and ARTHURENE S. HOLLARS; DONALD C. HOLLIS; CHARLIES R. HORD and wife, BEVERLY P. HORD; JACK B. HUGHES and wife, SARAH ESTHER HUGHES; ARCHIE HUMPHRIES, JR. and wife, MARGARET M. HUMPHRIES, BARBARA R. HUMPHRIES, Executrix of the Estate of Buddy R. Humphries, Deceased; LARRY K. | CIVIL NO. 5:98CV29-T |

| | |
|---|---|
| HUMPHRIES and wife, THERESA N. HUMPHRIES; WILLIAM E. JACOBS and wife, EDITH H. JACOBS; BILLY BROWN JARRETT, and wife, EVA MAE JARRETT; JAMES A. KISNER and wife, BRENDA G. KISNER; ZENO B. LANCASTER and wife, KATHERINE B. LANCASTER; SAM L. LYNN; CLYDE R. McKNIGHT and wife, MADELYN G. McKNIGHT; WALTER H. MABE, JR. and wife, KATHY L. MABE; LEON B. MAUNEY and wife, EUNICE W. MAUNEY; KENNETH H. MOREE and wife, LYNN D. MOREE; MARY ALRIDGE SCRUGGS, Individually and as Executrix of the Estate of Joe Scruggs, Deceased; CORRINE F. SMITH and husband, JERRY L. SMITH; JACKSON J. SMITH and wife, CAROLYN S. SMITH; LOYD L. SUTTON and wife, MARGARET H. SUTTON; CECIL B. THOMPSON and wife, MARGIE B. THOMPSON; and WALTER D. THOMPSON,<br><br>           Plaintiffs,<br><br>   vs.<br><br>GARLOCK, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on motion of the captioned Plaintiffs to dismiss this action against the Defendant Garlock Sealing Technologies, LLC (formerly Garlock, Inc.) with prejudice.

With the consent of Leath, Bouch & Crawford LLP, Attorneys for Defendant Garlock Sealing Technologies, LLC,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion is **ALLOWED**, and the claims of Plaintiffs Betty G. Brown, Individually and as Executrix of the Estate of Everett C. Brown, Deceased; Carol Jean Bynum, Individually and as Representative of the Estate of Steve W. Bynum, Deceased; Mavis R. Mullis, Individually and as Executrix of the Estate of James Parks Mullis, Deceased; David E. Steele, Executor of the Estate of Erbie L. Steele, and Wife, Marie K. Steele; Jane Walser, Individually and as Personal Representative of the Estate of Wilford D. Walser; Reginald B. Ballard and wife, Nancy C. Ballard; Eugene Beaver and wife, Nita S. Beaver; Michael E. Bilyeu and Wife, Joeann G. Bilyeu; Brian D. Bost; Eugene H. Brooks And Wife, Jacqualine B. Brooks; Ernest B. Burton and wife, E. Inez Burton; James D. Comer And Wife, Jane B. Comer; Charles L. Crisp And Wife, Linda S. Crisp; Harold D. Dalton, Sr.; David L. Earls And Wife, Deborah P. Earls, Ollen J. Farris And Wife, Linda Joyce Farris; Arnold R. Floyd And Wife, Ruby T. Floyd; James D. Gillespie And Wife, Willa W. Gillespie; Madge L. Hensley And Husband, Charles T. Hensley; Steven F. Hollars, Executrix Of The Estate Of Jack F. Hollars, Deceased, And Arthurene S. Hollars; Donald C. Hollis; Charlies R. Hord And Wife, Beverly P. Hord; Jack B. Hughes And Wife, Sarah Esther Hughes; Barbara R. Humphries, Executrix Of The Estate Of Buddy R. Humphries, Deceased; Larry K. Humphries And Wife, Theresa N. Humphries; William E. Jacobs And Wife, Edith H. Jacobs; Billy Brown Jarrett, And Wife, Eva Mae Jarrett; James A. Kisner And Wife, Brenda G. Kisner; Zeno B. Lancaster And Wife, Katherine B. Lancaster; Sam L. Lynn; Clyde R. Mcknight And Wife, Madelyn G. Mcknight; Walter H. Mabe, Jr. And Wife, Kathy L. Mabe; Leon B. Mauney And Wife, Eunice W. Mauney; Kenneth H. Moree And Wife, Lynn D. Moree; Mary Alridge Scruggs,

Individually And As Executrix Of The Estate Of Joe Scruggs, Deceased; Corrine F. Smith And Husband, Jerry L. Smith; Jackson J. Smith And Wife, Carolyn S. Smith; Loyd L. Sutton And Wife, Margaret H. Sutton; Cecil B. Thompson And Wife, Margie B. Thompson; Walter D. Thompson; Sarah B. Walters, Individually and as Representative of the Estate of James B. Walters, Deceased, against the Defendant Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITH PREJUDICE.**

    Signed: May 3, 2007

Lacy H. Thornburg
United States District Judge

WE SO MOVE:

s/ Janet Ward Black
NC Bar Number 12869
Attorneys for the Plaintiffs
WARD BLACK LAW
208 W. Wendover Avenue
Greensboro, NC     27401
Telephone: (336) 273-3812
Fax: (336) 379-9415
E-mail:  jwblack@wardblacklaw.com


WE SO CONSENT:
LEATH, BOUCH & CRAWFORD LLP

By:  s/ Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
92 Broad Street, P. O. Box 59
Charleston, SC  29402
(843) 937-8811
tbouch@leathbouchlaw.com

Attorneys for Garlock Sealing Technologies, LLC