# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

### CIVIL NO. 5:98CV29

| | |
|---|---|
| BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, Deceased, *et al.*, <br><br> This document pertains to: <br> WALTER D. THOMPSON, <br><br> Plaintiff, <br><br> Vs. <br><br> GARLOCK, INC., and OWENS-ILLINOIS, INC., <br><br> Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the stipulation of dismissal filed by the Plaintiff Walter D. Thompson as to the Defendant Owens-Illinois, Inc.

Pursuant to the Plaintiff's stipulation,

**IT IS, THEREFORE, ORDERED** that the claims of Walter D. Thompson against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

2

Signed: May 3, 2007

Lacy H. Thornburg
United States District Judge