IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:98-CV-29-T

BETTY G. BROWN, Individually and as Executrix of the Estate of Everette C. Brown, deceased, et al.,

This document is related to:
CHARLIE R. HORD, and wife BEVERLY P. HORD,

Plaintiffs,

v.

A.W. CHESTERTON, et. al. (including 3M),

Defendants.

**ORDER TO DISMISS DEFENDANT 3M COMPANY, a/k/a MINNESOTA MINING & MANUFACTURING COMPANY**

**THIS MATTER** is before the Court upon motion by Plaintiffs, **CHARLIE R. HORD, and wife BEVERLY P. HORD,** and Defendant, **3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING CO**, to dismiss with prejudice, all claims against **3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING CO** in this matter.

It appearing that grounds exist to permit Plaintiffs to do so,

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the action of Plaintiffs, **CHARLIE R. HORD, and wife BEVERLY P. HORD**, against Defendant **3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING CO**, be dismissed with prejudice.

Signed: September 25, 2007

Lacy H. Thornburg
United States District Judge